# Court of Appeals
# of the State of Georgia

ATLANTA,___July 13, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1964. RABIRAH THOMAS v. THE STATE.

Rabirah Thomas pled guilty to reckless conduct, and the trial court sentenced her on December 3, 2015. On January 6, 2016, Thomas filed a notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Because Thomas filed her notice of appeal 34 days after entry of the sentencing order, her appeal is untimely. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____07/13/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*